Núm. 8373.—Polanco, apldo. v. Alcalde de Ciales, Etc., apltes. —C. D. Arecibo. ▮ Abril 28, 1942.

Por cuanto, la parte apelada archivó en la Secretaría de esta corte una moción notificada a la parte apelante solicitando la desestimación del recurso por falta de diligencia en su tramitación, y

Por cuanto, señalada la vista de la moción para abril 27 en curso se notificó el señalamiento a ambas partes y ambas dejaron de comparecer, presentando la apelada una moción sometiendo la de desestimación por las constancias de autos, y

Por cuanto, de la certificación expedida por el secretario de la corte sentenciadora aparece que la sentencia se dictó el 30 de abril de 1941 y apelada en tiempo se fueron solicitando prórrogas para perfeccionar el recurso, venciendo la última en noviembre 10, 1941, sin que se haya practicado ninguna otra gestión;

Por tanto, de acuerdo con los hechos y la ley, se declara la moción con lugar y en su consecuencia se desestima, por abandono, el recurso.

Núm. 8539.—Pueblo, ex rel. Castro, apldo. v. Padrón Rivera, aplte.—C. D. San Juan. ▮ Abril 30, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del demandante apelado para que se desestime el presente recurso por falta de diligencia en la prosecución del mismo y por ser a juicio del promovente enteramente frívolo.

Por cuanto, de acuerdo con la certificación expedida por el Secretario de la Corte de Distrito de San Juan, que obra en autos, el taquígrafo de dicha Corte radicó con fecha 21 de abril de 1942 la transcripción de la evidencia, habiéndose hecho dicha radicación dentro de las prórrogas concedidas por la Corte y señalado el día 4 de mayo del año en curso para la aprobación de dicha transcripción.

Por cuanto, no habiéndose radicado la transcripción de la evidencia, ni relación alguna en cuanto a las cuestiones envueltas en este recurso, este Tribunal no está en condiciones para poder dictar una resolución en cuanto a los méritos o frivolidad del recurso.

Por tanto, se resuelve no haber lugar a la desestimación solicitada.